433 A.2d 528

Commonwealth v. Howard, Appellant.

Argued March 12, 1980. John A. Mihalik, for appellant; Joseph P. Giovannini, Jr., Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.